UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION ] ] ] ] ] ] | Cause No. 3:05-MD-527 RM (MDL-1700) THIS DOCUMENT RELATES TO ALL CASES |

OPINION AND ORDER

On December 9, the court gave notice to the parties of its proposal to close 3:05-CV-720 as an identical case to 3:05-CV-668. Ten days has passed without objection, so the court now ORDERS 3:05-CV-720 closed. This order has no impact on the legal rights of any party involved.

SO ORDERED.

DATED: December 20, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
U.S. District Court